# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0629
Lower Tribunal No. F11-24631B
_____

**Glenn Jackson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carlos H. Gamez, Judge.

Glenn Jackson, in proper person.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before EMAS, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See Wainwright v. State, 411 So. 3d 392, 399-401 (Fla.

2025), <u>cert. denied</u>, No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025); <u>Garcia v. State</u>, No. 3D24-1864, 2025 WL 1943935 (Fla. 3d DCA July 16, 2025); <u>Lewis v. State</u>, No. 3D25-0396, 2025 WL 1819465, at *1 (Fla. 3d DCA July 2, 2025); <u>Spikes v. State</u>, No. 3D25-0896, 2025 WL 1819468 (Fla. 3d DCA July 2, 2025); <u>Arias v. State</u>, No. 3D25-0297, 2025 WL 1699998 (Fla. 3d DCA June 18, 2025); <u>Del Sol v. State</u>, 3D25-0654, 2025 WL 1943812 (Fla. 3d DCA July 16, 2025); <u>Acosta v. State</u>, No. 3D24-2218, 2025 WL 1699892 (Fla. 3d DCA June 18, 2025).